■ In the Matter of CHRISTINA HOLDING CORP. et al., Appellants, v GASTON SILVA et al., Respondents. [647 NYS2d 100] —In a proceeding pursuant to CPLR article 78 to review a determination of the respondents, dated July 27, 1993, which, after a hearing, revoked a certificate of occupancy, the petitioners appeal from a judgment of the Supreme Court, Queens County (Lisa, J.), entered July 19, 1994, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

In reviewing a determination of a zoning board, the determination must be upheld as long as there is a rational basis for it and it is supported by substantial evidence (*see, Matter of Fuhst v Foley,* 45 NY2d 441; *see also,* 2 Anderson, New York Zoning Law and Practice § 26.17 [3d ed]). Moreover, if not irrational or unreasonable, the interpretation and construction given statutes by the body responsible for their administration should be upheld (*see, e.g., Matter of New York Life Ins. Co. v Galvin,* 35 NY2d 52; *Matter of Albert v Board of Stds. & Appeals,* 89 AD2d 960). Based on the record, the determination by the Board of Standards and Appeals was not arbitrary or capricious and was supported by substantial evidence (*see, e.g., Matter of Douglaston Civic Assn. v Klein,* 51 NY2d 963; *Matter of Montalbano v Silva,* 204 AD2d 457). Thompson, J. P., Joy, Altman and Hart, JJ., concur.